MN,ND-305
(5/94)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5
For Deposit To Registry Fund

Debtor:   Willard Leroy Wentzel Jr.
Chapter 7 Case No.  05-80597

Please Check One:
__ Unclaimed Dividends

X   Distribution Less Than $5

| Name & Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Iannacone Law Firm<br>8687 Eagle Point Bldg.<br>Lake Elmo, MN  55042 | 6 | $677.50 | $4.32 |
| Northern States Power<br>Xcel Energy<br>1518 Chestnut Ave N<br>Minneapolis, MN  55403 | 10 | $235.33 | $1.50 |

DATE: May 18, 2010

/e/ Brian F. Leonard
Brian F. Leonard, Trustee
100 S. Fifth Street, Ste.2500
Minneapolis, MN  55402
(612) 332-1030

356179