MN,ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5
For Deposit To Registry Fund

Debtor:   Willard L. Wentzel
Chapter 7 Case No.  05-80597

Please Check One:
X   Unclaimed Dividends

_ Distribution Less Than $5

| Name & Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| East Bank<br>c/o David Hellmuth<br>10400 Viking Drive, 500<br>Eden Prairie, MN 55344 | 1 | $35,627.28 | $226.95 |
| | | | |
| | | | |
| | | | |

DATE: September 13, 2010

/e/ Brian F. Leonard
Brian F. Leonard, Trustee
100 S. Fifth Street, Ste.2500
Minneapolis, MN 55402
(612) 332-1030

356179

[RECEIVED 10 SEP 15 AM 9:39 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN]